**Electronically Filed
Supreme Court
SCWC-22-0000732
13-AUG-2024
07:52 AM
Dkt. 5 ODAC**

SCWC-22-0000732

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

EDDIESON REYES,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000732; CASE NO. 1CPC-21-0000721)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Eddieson Reyes' application

for writ of certiorari filed on June 28, 2024, is rejected.

DATED:  Honolulu, Hawai'i, August 13, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

